THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LOUIS MORELLI, Appellant.

Submitted October 4, 1943; decided October 14, 1943.

*Louis Morelli,* in person, for motion.

No one opposed.

Motion denied. Under the provisions of the Constitution no appeal lies as of right and no leave to appeal can be granted by the court.

Appeal dismissed.